# EXHIBIT 1

Hello. Sign in to get personalized recommendations. New customer? Start here.

New Year, New You: Essentials for 2012
Sponsored by Philips

Your Amazon.com | Today's Deals | Gifts & Wish Lists | Gift Cards

Your Digital Items | Your Account | Help

Shop All Departments    Search  BlingJewelry                          Cart    Wish List

Jewelry

Diamonds | Gemstones | Silver | Gold | Pearls | Wedding & Engagement | Jewelry Classics | Designer Jewelry | Education & Buying Guides | Sales & Deals

**BROWSE**

**Jewelry**
New Arrival
Rings
Necklaces & Pendants
Earrings
Bracelet & Bangles
Charms
Brooches & Pins
Anklets
Jewelry Sets
Wedding & Engagement
Rings
Mens's Jewelry
Children's Jewelry
Locket
Jewelry Accessories
Religious Jewelry
Novelty Jewelry


JANUARY BIRTHSTONE
Garnet

**BESTSELLERS**

**Bling Jewelry Best sellers**


Bling Jewelry Unisex Mens Black CZ Sterling Silver Basket Set Square Princess Cut Stud Earrings (0.75ct 5mm)
List Price: $17.52
Price: $9.99
You Save: $7.53 (42%)

Bling Jewelry Assorted Royal Purple Murano Glass Bead Bundle .925 Sterling Silver Pandora Charm Compatible
List Price: $69.99
Price: $24.99
You Save: $45.00 (64%)


Bling Jewelry 925 Sterling Silver White Swarovski Crystal Bead Fits Pandora Pugster
List Price: $26.99
Price: $12.99
You Save: $14.00 (51%)

Bling Jewelry 925 Sterling Silver Pink Swarovski Crystal Bead Pandora Chamilia Beads Compatible
List Price: $26.99
Price: $12.99
You Save: $14.00 (51%)


Holiday Gift Shop
BLING JEWELRY Couture
Call (USA) 800-434-9905 | (Int'l) 212-683-1746

## HOT TRENDS


**Shamballa**


**Beads Fit Pandora**


**Earrings**


**Wedding & Anniversary Rings**


**Celebrity Jewelry**

## SHOP BY CATEGORY



**Children Jewelry**


**Celtic Jewelry**


**Necklaces & Pendants**


**Cuff Earrings**

**Evil Eye**

## SNOWFLAKE JEWELRY







Bling Jewelry Sterling Silver CZ Snowflake Cluster Pendant Necklace
Price: $55.99

Bling Jewelry Two Tone CZ Snowflake Star Pendant Necklace with Chain 16 Inches
Price: $59.99

Bling Jewelry CZ Sterling Silver Snowflake Pendant
Price: $39.99

- **Murano Glass**
- **.925 Sterling Silver**
- **Swarovski Crystal**
- **Starter Bracelet**

- **Studs**
- **Huggies**
- **Hoops**
- **Chandelier**

- **Chains**
- **Pendants**
- **Lockets**
- **Necklaces**

- **Wedding Bands**
- **Engagement Rings**
- **Anniversary Ring Sets**
- **Tiaras**


**Rings**


**Bracelets & Bangles**


**Anklets**


**Brooches & Pins**



Bling Jewelry Green
Swirl 925 Sterling
Silver Murano Glass
Bead Troll Pandora
Compatible
**List Price:** $9.30
**Price:** $6.99
**You Save:** $2.31 (24%)



**Jewelry Sets**



**Watches**



**Jewelry Accesories**



**Mens Jewelry**

BlingJewelry Privacy Statement          BlingJewelry Shipping Information          BlingJewelry Returns & Exchanges

**Get to Know Us**
Careers
Investor Relations
Press Releases
Amazon and Our Planet
Amazon in the Community

**Make Money with Us**
Sell on Amazon
Become an Affiliate
Advertise Your Products
Independently Publish with Us
› See all

**Let Us Help You**
Shipping Rates & Policies
Amazon Prime
Returns Are Easy
Manage Your Kindle
Help

**amazon.com**

Canada    China    France    Germany    Italy    Japan    Spain    United Kingdom

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| AbeBooks<br>Rare Books<br>& Textbooks | AmazonLocal<br>Great Local Deals<br>in Your City | AmazonWireless<br>Cellphones &<br>Wireless Plans | Askville<br>Community<br>Answers | Audible<br>Download<br>Audio Books | Diapers.com<br>Everything<br>But The Baby | DPReview<br>Digital<br>Photography | Endless<br>Shoes<br>& More | Fabric<br>Sewing, Quilting<br>& Knitting |
| IMDb<br>Movies, TV<br>& Celebrities | MYHABIT<br>Private Fashion<br>Designer Sales | Shopbop<br>Designer<br>Fashion Brands | Small Parts<br>Industrial<br>Supplies | Soap.com<br>Health, Beauty &<br>Home Essentials | Warehouse Deals<br>Open-Box<br>Discounts | Woot<br>Never Gonna<br>Give You Up | Zappos<br>Shoes &<br>Clothing | |

Conditions of Use    Privacy Notice    © 1996-2012, Amazon.com, Inc. or its affiliates

Hello. Sign in to get personalized recommendations. New customer? Start here

Your Amazon.com | Today's Deals | Gifts & Wish Lists | Gift Cards

New Year, New You: Essentials for 2012
Sponsored by Philips

Your Digital Items | Your Account | Help

**Shop All Departments**

Search | Bling-Jewelry | shamballa

Cart   Wish List

| Jewelry | Diamonds | Gemstones | Silver | Gold |

See more information about this seller

**Bling-Jewelry** › "shamballa" › Bling Jewelry
★★★★☆ 4.8 stars over the past 12 months (9,407 range)
Related Searches: celebrity, evil eye, shamballa bracelet

Showing 1 - 24 of 37 Results

Sort by Relevance

Education & Buying Guides | Designer Jewelry | Jewelry Classics | Wedding & Engagement | Pearls | Gold | Silver | Gemstones | Diamonds

**Department**
Bling-Jewelry
  Bracelets & Bangles (37)
  Children's Jewelry (6)
  Religious Jewelry (2)

**Shipping Option** (learn more)
  Free Super Saver Shipping

**Material Type**
  Gemstones (2)
  Cubic Zirconia (1)
  Crystal (34)
  Other Materials (2)

**Metal Type**
  Gold (1)

**Avg. Customer Review**
★★★★☆ & Up (5)
★★★☆☆ & Up (5)
★★☆☆☆ & Up (5)
★☆☆☆☆ & Up (5)

**Discount**
  10% Off or More (36)
  25% Off or More (36)
  50% Off or More (33)

**Brand**
  Any Brand
  Bling Jewelry

**Availability**
  Include Out of Stock

**Listmania!**

Listmania!
CLICK HERE
Learn more

Create a Listmania! list

Search Listmania!  [Go]

Bli
Shambala Bracelet 12mm
$60.99 $34.99
2 New from $34.99
Eligible for FREE Super Saver Shipping.

skl Crystal Unisex

Bli
Bracelet 12mm
$68.99 $32.99
2 New from $34.99
★★★★★ (1)

at Unisex Shambala

Bli
with Hematite 12mm
$63.99 $39.99

Crystal Balls Shamballa

Bli
Swarovski Crystal Beads 12mm
$63.99 $39.99

id Shambala Bracelet

Bli
Swarovski-Shambala Bracelet 12mm
$63.99 $29.99

lls with Black White

1         2         3         4

Bling-Jewelry Privacy Statement

Bli
Bracelet 10mm
$62.99 $29.99
2 New from $29.99
Eligible for FREE Super Saver Shipping.

Bli
Shambala Bracelet 12mm
$62.99 $26.99

ull & Crystal Beads

Bli
Shambala bracelet 9mm
$43.99 $29.99
2 New from $29.99
Eligible for FREE Super Saver Shipping.

Crystal Hematite

★★★★★ (1)

5         6         7         8

9    10    11    12
13   14   15   16
17   18   19   20
21   22   23   24

Bling-Jewelry Shipping Information | Bling-Jewelry Returns & Exchanges

**Your Recent History** (What's this?)







Bling Jewelry Gunmetal Swarovski Crystal Bead Unisex Shamballa Bracelet 12mm
$62.99 $29.99
2 new from $29.99
Eligible for FREE Super Saver Shipping.

Bling Jewelry Black and White Swarovski Crystal Bead Unisex Shamballa Bracelet 10mm
$62.99 $29.99

Bling Jewelry Children's Shamballa Bracelet Turquoise Color Blue Swarovski Crystal Beads 10mm
$44.99 $19.99

Bling Jewelry Black Swarovski Crystal Beads Hematite Shamballa Bracelet 12mm
$62.99 $29.99
★★★★★ (2)

Bling Jewelry Golden Light Pink Swarovski Crystal Bead Unisex Shamballa Bracelet 12mm
$63.99 $39.99
★★★★ (1)

Bling Jewelry Silver Faceted Hematite and Gold Swarovski Crystal Ball Shamballa Bracelet 12mm
$62.99 $29.99
2 new from $29.99
Eligible for FREE Super Saver Shipping.

Bling Jewelry Hematite Blue Turquoise Swarovski Crystal Bead Shamballa Bracelet 12mm
$63.99 $39.99

Bling Jewelry Swarovski Purple Crystal Bead Shamballa Bracelet with Amethyst Color Stones 12mm
$77.99 $39.99

Sponsored Links (What's this?)

1. **Iced Shamballa Bracelets** — Jay-Z, Lil Wayne, Kayne chains Hip Hop Pendants at 50% Off   www.theblackbat.com
2. **Shamballa Bracelets** — Free Standard Shipping, Shop Now! **Shamballa** Inspired Bracelets & More   www.suseno.com
3. **Buy Pave Crystal Beads** — Pave Beads for **Shamballa** bracelets Exclusively by Beadelle Collection   www.glittercze.com

See a problem with these advertisements? Let us know

Search Feedback

Did you find what you were looking for?   Yes   No

## amazon.com

**Get to Know Us**
Careers
Investor Relations
Press Releases
Amazon and Our Planet
Amazon in the Community

**Make Money with Us**
Sell on Amazon
Become an Affiliate
Advertise Your Products
Independently Publish with Us
> See all

**Let Us Help You**
Shipping Rates & Policies
Amazon Prime
Returns Are Easy
Manage Your Kindle
Help

Canada  China  France  Germany  Italy  Japan  Spain  United Kingdom

| | | |
|---|---|---|
| AbeBooks Rare Books & Textbooks | AmazonLocal Great Local Deals in Your City | AmazonWireless Cellphones & Wireless Plans |
| Askville Community Answers | Audible Download Audio Books | Diapers.com Everything But The Baby |
| DPReview Digital Photography | Endless Shoes & More | Fabric Sewing, Quilting & Knitting |
| IMDb Movies, TV & Celebrities | MYHABIT Private Fashion Designer Sales | Shopbop Designer Fashion Brands |
| Small Parts Industrial Supplies | Soap.com Health, Beauty & Home Essentials | Warehouse Deals Open-Box Discounts |
| Woot! Never Gonna Give You Up | Zappos Shoes & Clothing | |

Conditions of Use   Privacy Notice   © 1996-2012, Amazon.com, Inc. or its affiliates